# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

156240(43)

HOME-OWNERS INSURANCE COMPANY,
　　　　　Plaintiff-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
　　　　　Plaintiff,

v

RICHARD JANKOWSKI, and JANET
JANKOWSKI,
　　　　　Defendants-Appellants.
_____/

SC: 156240
COA: 331934
Ingham CC: 15-000025-CK

　　　　On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before September 8, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017



Clerk